91 A.3d 700

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Roberto R. LAUREANO, Respondent.**

Supreme Court of Pennsylvania.

April 29, 2014.

## ORDER

PER CURIAM.

AND NOW, this 29th day of April, 2014, the Petition for Allowance of Appeal is **GRANTED,** the Superior Court's decision is **VACATED** and the matter is **REMANDED** for reconsideration in light of *Commonwealth v. Smith,* 621 Pa. 218, 77 A.3d 562 (2013).